```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

REGINALD JOHNSON, et al.,             :
    Plaintiffs,                   :
                                     :
vs.                                   :   CIVIL ACTION 12-0334-WS-M
                                     :
RANDALL CHAMPION,                     :
    Defendant.                    :

ORDER

Plaintiffs' attorney, John Baptist A. Sekumade, is **ORDERED** to file a proper pro hac vice motion and the supporting documents thereto **not later than August 13, 2012**. If the proper motion and necessary supporting documents are not filed by that deadline, then the Court will notify the Plaintiffs that they will need to retain new counsel so that this action may proceed. For whatever reason, Plaintiffs' current counsel has failed to file a properly supported pro hac vice motion after this Court's Order denying his motion without prejudice (*see* Doc. 8). This action is **STAYED** until this issue is resolved.

DONE this 6th day of August, 2012.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE